LAWRENCE G. BROWN
Acting United States Attorney
KENDALL J. NEWMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:09-cv-00965 JAM/KJM |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT PURSUANT TO STIPULATION** |
| ST. HOPE ACADEMY, | |
| Defendant. | |

Pursuant to the Stipulation for Consent Judgment filed herewith, judgment is entered in favor of the plaintiff United States of America and against defendant St. HOPE Academy in the principal amount of Three Hundred and Fifty Thousand Dollars ($350,000.00), plus 5% annual interest until paid.

IT IS SO ORDERED.

DATED: April 9, 2009           /s/ John A. Mendez
                               UNITED STATES DISTRICT COURT JUDGE

1